CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:    (408) 283-7000
Facsimile:    (408) 283-7010

Attorneys for Defendants
ROBERT P. MECKES and
DARLENE JANICE MECKES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT P. MECKES and DARLENE JANICE MECKES, individually and dba SPORTS BAR & STEAKHOUSE,<br><br>Defendants. | CASE NO.  CV10-05124 EDL<br><br>**ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

COME NOW Defendants ROBERT P. MECKES and DARLENE JANICE MECKES, individually and dba SPORTS BAR & STEAKHOUSE (hereinafter "DEFENDANTS"), to herewith answer the Complaint:

1.   Answering Paragraph 1 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

2.   Answering Paragraph 2 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

3. Answering Paragraph 3 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

4. Answering Paragraph 4 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

5. Answering Paragraph 5 of Plaintiff's Complaint, DEFENDANTS deny the allegations contained therein.

6. Answering Paragraph 6 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

7. Answering Paragraph 7 of Plaintiff's Complaint, DEFENDANTS admit that "Sports Bar & Steakhouse" is located at 2477 Discovery Bay Boulevard, Discovery Bay, California 94514. Other than as expressly admitted, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

8. Answering Paragraph 8 of Plaintiff's Complaint, DEFENDANTS admit that "Sports Bar & Steakhouse" is located at 2477 Discovery Bay Boulevard, Discovery Bay, California 94514. Other than as expressly admitted, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

## COUNT I

9. Answering Paragraph 9 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

10. Answering Paragraph 10 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

11. Answering Paragraph 11 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

12. Answering Paragraph 12 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

13. Answering Paragraph 13 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

14. Answering Paragraph 14 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

15. Answering Paragraph 15 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

16. Answering Paragraph 16 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

17. Answering Paragraph 17 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

18. Answering Paragraph 18 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

## COUNT II

19. Answering Paragraph 19 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

20. Answering Paragraph 20 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

21. Answering Paragraph 21 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

22. Answering Paragraph 22 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

23. Answering Paragraph 23 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

## COUNT III

24. Answering Paragraph 24 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

25. Answering Paragraph 25 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

26. Answering Paragraph 26 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

27. Answering Paragraph 27 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

## COUNT IV

28. Answering Paragraph 28 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

said paragraph, and, on that basis, deny the allegations contained therein.

29. Answering Paragraph 29 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

30. Answering Paragraph 30 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

31. Answering Paragraph 31 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

32. Answering Paragraph 32 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

33. Answering Paragraph 33 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

34. Answering Paragraph 34 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

35. Answering Paragraph 35 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

36. Answering Paragraph 36 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

37. Answering Paragraph 37 of Plaintiff's Complaint, DEFENDANTS are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and, on that basis, deny the allegations contained therein.

TINGLEY PIONTKOWSKI LLP
ATTORNEYS AT LAW

## AFFIRMATIVE DEFENSES

1. As for a first, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff's Complaint fails to state facts sufficient to constitute a claim.

2. As for a second, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that DEFENDANTS' conduct was not the cause in fact, or the proximate cause, of any of the injury and damages alleged by Plaintiff.

3. As for a third, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that said DEFENDANTS acted at all times within the scope of discretion, in good faith, with due care, and pursuant to applicable rules, regulations and practices reasonably and in good faith belief to be in accordance with the laws of the United States, and these DEFENDANTS, therefore, are not liable.

4. As for a fourth, separate and distinct affirmative defense to the Complaint, and each and every count therein, the purported copyrights of Plaintiff are unenforceable because the subject matter was in the public domain.

5. As for a fifth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff lacks standing to bring suit under the counts alleged in the Complaint.

6. As for a sixth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that Plaintiff was not damaged by the purported acts of DEFENDANTS alleged in the Complaint.

7. As for a seventh, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that the purported acts of DEFENDANTS alleged in the Complaint, if they were committed by DEFENDANTS at all, were not done willfully.

8. As for an eighth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that each of the counts set forth in the Complaint is barred by the applicable statute of limitations.

9. As for a ninth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that each and every claim is barred in whole or in part by the privilege of fair use.

10. As for a tenth, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that DEFENDANTS had a license to use every work claimed to be owned or assigned to Plaintiff.

11. As for an eleventh, separate and distinct affirmative defense to the Complaint, and each and every count therein, DEFENDANTS allege that DEFENDANTS' conduct was not the cause in fact, or the proximate cause of any of the losses alleged by Plaintiff.

DEFENDANTS have not completed their investigation of the allegations of the Plaintiff in the Complaint, and specifically reserve the right to amend their Answer and present additional affirmative defenses as necessary.

WHEREFORE, these answering DEFENDANTS pray for judgment as follows:

1. That Plaintiff's request for damages is denied;
2. That Plaintiff's request for injunctive relief is denied;
3. For reasonable attorney's fees and costs of suit incurred therein; and
4. For such other and further relief as the Court deems proper.

Dated: January 18, 2011                    TINGLEY PIONTKOWSKI LLP


                                           By: /s/ Bruce Piontkowski
                                           BRUCE C. PIONTKOWSKI
                                           Attorneys for Defendants

## DEMAND FOR JURY TRIAL

DEFENDANTS hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of Court.

Dated: January 18, 2011                    TINGLEY PIONTKOWSKI LLP


By: */s/ Bruce Piontkowski*
BRUCE C. PIONTKOWSKI
Attorneys for Defendants