1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12

G & G CLOSED CIRCUIT EVENTS, LLC,

13
Plaintiff,

14
v.

15

ROBERT P. MECKES and DARLENE JANICE
16 MECKES, individually and dba SPORTS BAR &
STEAKHOUSE,

17
Defendants.

18

CASE NO.  CV10-05124 JSW (NJV)

[PROPOSED] ORDER
POSTPONING SETTLEMENT
CONFERENCE DEADLINE

19        Having reviewed the Stipulation Postponing the Settlement Conference of the parties

20 herein, and GOOD CAUSE APPEARING THEREFOR,                    deadline

21        IT IS HEREBY ORDERED that the Settlement Conference is hereby rescheduled to

22 November ___30___, 2011, at _____ a.m./p.m.    The parties shall schedule the date of the settlement conference with

Judge Vadas.

23        IT IS SO ORDERED.

24

25 Dated: __August 12, 2011__

26                                         JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

27

28

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

6F40BF36.doc

ORDER POSTPONING SETTLEMENT CONF.
CASE NO. CV10-05124 JSW (NJV)