UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT P. MECKES and DARLENE JANICE MECKES, individually and dba SPORTS BAR & STEAKHOUSE,<br><br>Defendants. | CASE NO. CV10-05124 JSW (NJV)<br><br>[PROPOSED] ORDER POSTPONING SETTLEMENT CONFERENCE DEADLINE |

Having reviewed the Stipulation Postponing the Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Settlement Conference deadline is hereby rescheduled to February 3, 2012. The parties shall schedule the date of the Settlement Conference with Judge Vadas.

IT IS SO ORDERED.

Dated: November 28, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE