CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

Attorneys for Defendants
ROBERT P. MECKES and
DARLENE JANICE MECKES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT P. MECKES and DARLENE JANICE MECKES, individually and dba SPORTS BAR & STEAKHOUSE,<br><br>Defendants. | CASE NO. CV10-05124 JSW (NJV)<br><br>**STIPULATION POSTPONING SETTLEMENT CONFERENCE** |

Counsel for Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC, and Defendants ROBERT P. MECKES and DARLENE JANICE MECKES, individually and dba SPORTS BAR & STEAKHOUSE hereby STIPULATE to postponing the Settlement Conference from March 6, 2012, to May 2012.

The parties mutually request a continuation of the Settlement Conference as the deposition of the private investigator, which is critical to the resolution of this matter, was recently completed and the parties need time to complete settlement negotiations and obtain a defense from the insurance carrier. The defense was recently tendered to the insurance carrier, and a response is anticipated in the next few weeks. To ensure full participation by the insurance

7E724A1D.doc

STIPULATION POSTPONING
SETTLEMENT CONFERENCE
CASE NO. CV10-05124 JSW

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>ROBERT P. MECKES and DARLENE JANICE MECKES, individually and dba SPORTS BAR & STEAKHOUSE,<br><br>                 Defendants. | CASE NO. CV10-05124 JSW (NJV)<br><br>**ORDER POSTPONING SETTLEMENT CONFERENCE** |

       Having reviewed the Stipulation Postponing the Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

       IT IS HEREBY ORDERED that the Settlement Conference is hereby continued from March 6, 2012, to a date in May 2012. The parties shall schedule the date of the Settlement Conference with Judge Vadas.

       IT IS SO ORDERED.

Dated: February 17, 2012

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
U.S. DISTRICT JUDGE