UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT P. MECKES and DARLENE JANICE MECKES, individually and dba SPORTS BAR & STEAKHOUSE,<br><br>　　　　　　　Defendants. | CASE NO. CV10-05124 JSW (NJV)<br><br>**ORDER POSTPONING SETTLEMENT CONFERENCE** |

　　　Having reviewed the Stipulation Postponing the Settlement Conference of the parties herein, and GOOD CAUSE APPEARING THEREFOR,

　　　IT IS HEREBY ORDERED that the Settlement Conference is hereby continued from June 1, 2012, to a date in September 2012. The parties shall schedule the date of the Settlement Conference with Judge Vadas. The Court FURTHER ORDERS that the pretrial conference and trial are CONTINUED to October 29, 2012 and December 3, 2012, respectively.

　　　IT IS SO ORDERED.

Dated: May 24, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

832F04FD.doc

ORDER
CASE NO. CV10-05124 JSW (NJV)

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW