Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No. 3:10-cv-05124-JSW |
|---|---|
| Plaintiff, | PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT |
| v. | FOR: HON. JEFFREY S. WHITE |
| ROBERT P. MECKES, ET AL., | AND ORDER VACATING DATES AND SETTING STATUS CONFERENCE |
| Defendants. | |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, *promptly*.

///

///

///

///

///

Page 1


1    **WHEREFORE,** the Parties respectfully request that all presently calendared
2    deadlines and appearances, now be vacated.

3
4                                         Respectfully submitted,
5
6
7    Dated: August 8, 2012          *s/ Thomas P. Riley*
                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
8                                   By: Thomas P. Riley
                                    Attorneys for Plaintiff
9                                   G & G Closed Circuit Events, LLC
10
11   ///   The Court cannot take judicial notice of the settlement.  *See* Fed. R. Evid. 201.  However,
           the Court GRANTS the request to vacate all pending dates, and the Court sets this matter
12   ///   down for a status conference on October 5, 2012 at 1:30 p.m.  The parties shall filed a
           joint status report by September 28, 2012, if they have not yet filed a dismissal.
13   ///

14         The parties are also reminded of their obligation to electronically file a proposed order
     ///   with any requests submitted to the Court.
15
16   ///   August 9, 2012

17   ///

18   ///                                     *Jeffrey S White*

19   ///

20

21   ///

22   ///

23   ///

24
     ///
25

26   ///

27   ///

28