Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT P. MECKES, ET AL., <br><br> Defendants. | Case No. 3:10-cv-05124-JSW <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT** <br><br> FOR: HON. JEFFREY S. WHITE <br><br> **AND ORDER VACATING DATES AND SETTING STATUS CONFERENCE** |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, *promptly*.

///
///
///
///
///

**WHEREFORE,** the Parties respectfully request that all presently calendared deadlines and appearances, now be vacated.

Respectfully submitted,

Dated: August 8, 2012          *s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

///

The Court cannot take judicial notice of the settlement. *See* Fed. R. Evid. 201. However, the Court GRANTS the request to vacate all pending dates, and the Court sets this matter down for a status conference on October 5, 2012 at 1:30 p.m. The parties shall filed a joint status report by September 28, 2012, if they have not yet filed a dismissal.

The parties are also reminded of their obligation to electronically file a proposed order with any requests submitted to the Court.

August 9, 2012

*Jeffrey S. White*

Page 2