Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Robert P. Meckes, et al.,<br><br>Defendants. | CASE NO. 3:10-cv-05124-JSW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ROBERT P. MECKES and DARLENE JANICE MECKES, individually and d/b/a SPORTS BAR & STEAKHOUSE |

   IT IS HEREBY STIPULATED by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants ROBERT P. MECKES and DARLENE JANICE MECKES, individually and d/b/a SPORTS BAR & STEAKHOUSE, that the above-entitled action is hereby dismissed **without prejudice** against ROBERT P. MECKES and DARLENE JANICE MECKES, individually and d/b/a SPORTS BAR & STEAKHOUSE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

   IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by October 10, 2012, the dismissal shall be deemed to be **with prejudice.**

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 8, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated:

TINGLEY PIOTKOWSKI, LLP
By: Bruce C. Piontkowski
Attorneys for Defendants
ROBERT P. MECKES and DARLENE JANICE MECKES, individually and d/b/a SPORTS BAR & STEAKHOUSE

**IT IS SO ORDERED:**

September 5, 2012

Dated: /s/ Jeffrey S. White

The Honorable Jeffrey S. White
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
3:10-cv-05124-JSW
PAGE 2