Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Robert P. Meckes, et al.,<br><br>Defendants. | CASE NO. 3:10-cv-05124-JSW<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ROBERT P. MECKES and DARLENE JANICE MECKES, individually and d/b/a SPORTS BAR & STEAKHOUSE |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants ROBERT P. MECKES and DARLENE JANICE MECKES, individually and d/b/a SPORTS BAR & STEAKHOUSE, that the above-entitled action is hereby dismissed **without prejudice** against ROBERT P. MECKES and DARLENE JANICE MECKES, individually and d/b/a SPORTS BAR & STEAKHOUSE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 10, 2012, the dismissal shall be deemed to be **with prejudice.**

///

///

///

1      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

6  Dated: August 8, 2012

                    LAW OFFICES OF THOMAS P. RILEY, P.C.
7                      By: Thomas P. Riley
                    Attorneys for Plaintiff
8                      G & G CLOSED CIRCUIT EVENTS, LLC

12  Dated:

                    TINGLEY PIOTKOWSKI, LLP
13                      By: Bruce C. Piontkowski
                    Attorneys for Defendants
14                      ROBERT P. MECKES and DARLENE JANICE MECKES,
                    individually and d/b/a SPORTS BAR & STEAKHOUSE

23  **IT IS SO ORDERED:**

25    September 5, 2012                         Dated: Jeffrey S. White
26    The Honorable Jeffrey S. White
27    United States District Court
28    Northern District of California

STIPULATION OF DISMISSAL
3:10-cv-05124-JSW
PAGE 2